UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NGHIA GIANG NGUYEN,

Petitioner,

v.

MARK BOWEN, et al.,

Respondents.

Case No. 5:25-cv-03109-MCS (ADS)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the First Amended Petition [Dkt. No. 17], Answer to the First Amended Petition [Dkt. No. 23], Reply [Dkt. No. 35.], all the records and files herein, along with the August 26, 2026 Report and Recommendation, [Dkt. No. 37], and the September 25, 2026 Supplemental Report and Recommendation, [Dkt. No. 41], of the assigned United States Magistrate Judge, and the Objection to the Report and Recommendation [Dkt. No. 38] and the Objection to the Supplemental Report and Recommendation [Dkt. No. 44] (collectively "the Objections"). The Court has engaged in a de novo review of those portions of the

Report and Recommendation and the Supplemental Report and Recommendation to which the Objections have been made. Petitioner's Objections are overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 38], and Supplemental Report and Recommendation, [Dkt. No. 44], are accepted;

2. Petitioner's claim under the Fifth Amendment Due Process Clause is granted and all other grounds are dismissed without prejudice;

3. Respondents are ordered to provide Petitioner with written notice of the reasons for the revocation of his OSUP and an informal interview at which he is given a meaningful opportunity to dispute the reasons stated in the notice within ten days of entry of the Order. If not so provided, Respondents must immediately release Petitioner; and

4. Judgment is to be entered accordingly.

DATED: September 29, 2026

THE HONORABLE MARK C. SCARSI
United States District Judge